**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JESUS MIZQUIRI, *on behalf of himself,*
*FLSA Collective Plaintiffs, and the Class,*

                      Plaintiff,

            v.

NEAPOLITAN EXPRESS LLC,
NEAPOLITAN EXPRESS STORE 10001 LLC,
NEAPOLITAN TRUCK 10001 – 20000, and
MAX CRESPO,

                      Defendants.

---

Case No: 1:23-cv-09170

**NOTICE OF MOTION**
**FOR DEFAULT JUDGMENT**

      **PLEASE TAKE NOTICE** that upon the Affidavit of C.K. Lee and the exhibits attached thereto, and upon all prior proceedings had herein, Plaintiff JESUS MIZQUIRI hereby moves for an Order pursuant to Fed. R. Civ. P. 55(b)(2), granting Default Judgment in favor of Plaintiff and against Defendants NEAPOLITAN EXPRESS LLC and NEAPOLITAN EXPRESS STORE 10001 LLC, jointly and severally, together with such other relief as the Court deems just and proper. For the avoidance of doubt, Plaintiff is not moving for default judgment against Defendant MAX CRESPO, as Plaintiff has been unable to locate and properly serve him as of this date, or against Defendant NEAPOLITAN TRUCK 10001 – 20000, as it is a pseudonymous entity that cannot be served.

      Pursuant to Local Rule 55.2(b), attached to the Affidavit of C.K. Lee are copies of the Complaint, Affidavits of Service, Clerk's Certificate of Default, Plaintiffs' Damage Calculations, and proposed Default Judgment.

Dated: March 20, 2024            By:    */s/ C.K. Lee*
        New York, New York                      C.K. Lee, Esq. (CL 4086)

                                                    **LEE LITIGATION GROUP, PLLC**
                                                    148 West 24th Street, 8th Floor
                                                    New York, NY 10011
                                                    Tel: (212) 661-1008
                                                    Fax: (212) 465-1181
                                                    *Attorney for Plaintiff*