UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESUS MIZQUIRI, *on behalf of himself,*
*FLSA Collective Plaintiffs, and the Class,*

Case No: 1:23-cv-09170

Plaintiff,

**[PROPOSED]**
**DEFAULT**
**JUDGMENT**

v.

NEAPOLITAN EXPRESS LLC
     d/b/a NEAPOLITAN EXPRESS,
NEAPOLITAN EXPRESS STORE 10001 LLC
     d/b/a NEAPOLITAN EXPRESS,
NEAPOLITAN TRUCK 10001 – 20000, and
MAX CRESPO,

Defendants.

---

This action having been commenced on October 18, 2023, by the filing of the Summons

and Complaint. Defendants NEAPOLITAN EXPRESS LLC and NEAPOLITAN EXPRESS

STORE 10001 LLC, having failed to appear or respond to the Summons and Complaint, it is

**ORDERED, ADJUDGED AND DECREED:**

1. That Plaintiff JESUS MIZQUIRI has judgment against Defendants NEAPOLITAN
   EXPRESS LLC and NEAPOLITAN EXPRESS STORE 10001 LLC, jointly and
   severally, for unpaid minimum and overtime wages due to improper fixed salary
   compensation in the amount of $211,126.37reimbursement for bounced checks in the
   amount of $4,800.00, unpaid spread of hours premiums in the amount of $16,846.43,
   compensation for unreimbursed tools of the trade costs in the amount of $23,442.86,
   New York State Liquidated damages in the amount of $256,215.66, damages due to
   late payment of wages in the amount of $199,264.29, statutory damages in the amount
   of $10,000.00 representing penalties under The Wage Theft Prevention Act, amounting
   in all to $721,695.60.

Dated:  New York, New York

_____

_____

Jennifer H. Rearden
United States District Judge

This document was entered on the docket on

_____