USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESUS MIZQUIRI,<br><br>                                  Plaintiff,<br><br>                  -v.-<br><br>NEAPOLITAN EXPRESS LLC et al.,<br><br>                                  Defendants. | 23 Civ. 9170 (JHR)<br><br>ORDER TO SHOW CAUSE |

JENNIFER H. REARDEN, District Judge:

On October 18, 2023, Plaintiff Jesus Mizquiri filed the Complaint in this action. ECF No. 1. On October 20, 2023, Plaintiff served Defendant Neapolitan Express Store 1001 LLC with process. ECF No. 6. On December 8, 2023, Plaintiff served Defendant Neapolitan Express LLC with process. ECF No. 9. Their answers were therefore due on November 13, 2023 and December 29, 2023, respectively. *See* Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer . . . within 21 days after being served with the summons and complaint."). Defendants Neapolitan Express Store 1001 LLC and Neapolitan Express LLC (the "Corporate Defendants") have not responded to the Complaint or otherwise appeared. Upon Plaintiff's application, ECF No. 11, the Clerk of Court issued a certificate of default for the Corporate Defendants on February 28, 2024, ECF No. 13. On March 20, 2024, Plaintiff moved for a default judgment, ECF No. 14, and filed a declaration and memorandum of law in support, ECF Nos. 15, 16.

Plaintiff's papers in support of his motion are in good order. If the Corporate Defendants wish to oppose the motion, then their counsel shall, (1) by **March 26, 2025**, enter a notice of appearance, and (2) by **March 31, 2025** at **10:00 a.m.**, file an opposition explaining why a default judgment is not warranted.

Plaintiff has already filed proof of service of the papers in support of the motion for a default judgment. ECF No. 18. By no later than **March 21, 2025**, Plaintiff is to serve the Corporate Defendants with this Order and file proof of this service on the docket.

SO ORDERED.

Dated: March 20, 2025
New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge