# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   (212) 465-1188
cklee@leelitigation.com

May 23, 2025

**Via ECF**
The Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Mizquiri v. Neapolitan Express LLC et al.,*
Case No.: 1:23-cv-09170

Dear Judge Wang:

We are counsel to Plaintiff in the above-referenced matter. Pursuant to Your Honor's Individual Practices II(e), we write to respectfully request a 30-day extension of time to file and serve on Defendants the proposed findings of fact and conclusions of law as well as an inquest memorandum, as directed by the Court in its April 7, 2025 Order [Dkt. 25].

The reason for the request is that we have been unable to reach Plaintiff and are therefore unable to prepare the required submission at this time. This is Plaintiff's first request for an extension. Defendants have not yet appeared in this matter.

Accordingly, we respectfully request the deadline to file the above-referenced documents be extended from May 25, 2025, to June 24, 2025.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ C.K. Lee.*
C.K Lee, Esq.

Application **GRANTED.**

**SO ORDERED.**

_____
**Ona T. Wang**
**U.S.M.J. 5/30/2025**